## AFFIDAVIT

I, James McFeely, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

### Introduction

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, Arizona, and have been employed as such since July 2019. I have been stationed at the Tucson, Arizona, office of the Phoenix Division. I regularly conduct investigations involving the mailing of narcotics and/or the money derived from the sale of narcotics. As a part of these investigations, I regularly obtain Federal search warrants for United States Mail parcels and letters.

2. Prior to becoming a Postal Inspector, I was employed as a Special Agent with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) from January 2016 to July 2019 at ATF's Cleveland Field Office. I am a graduate of the ATF National Academy and Criminal Investigator Training Program, located at the Federal Law Enforcement Training Center in Glynco, Georgia. The ATF National Academy consists of 16 weeks of training regarding subjects such as firearms trafficking, unlawful possession of firearms, unlawful dealing in firearms, unlawful possession and/or use of explosives, improvised explosive devices, arson investigations, execution of arrest and search warrants, and criminal procedures.

3. Additionally, I was previously employed with the United States Border Patrol and have seventeen years of experience conducting the duties of a United States Border Patrol Agent.

4. I have conducted numerous investigations involving the possession, distribution, and trafficking of controlled substances, in addition to the concealment of illicit proceeds from the sale of the controlled substances, violation of Federal firearms and explosives laws, and use of firearms in furtherance of drug trafficking. In conducting these investigations, I have utilized a variety of

1

investigative techniques and resources, including but not limited to surveillance, confidential informants, electronic surveillance, exploitation of telephone and social media data, interception of wire communications under Title III, interviews, and the review of financial documents.

## Subject Parcel Description

5. This affidavit is made in support of an application for a search warrant for a United States Priority Mail Express parcel (Subject Parcel) in connection to mailing narcotics proceeds.

6. The Subject Parcel is a USPS Priority Mail Express parcel with USPS Tracking Number EJ 718 615 318 US, bearing $43.60 in postage, postmarked from Garden City, Michigan on May 5, 2021. It bears a return address of "Mr & Mrs Carswell, 5411 Henry Ruff, Westland, MI 48186" and is addressed to "Mr. Coronia, 1019 18 st, Douglas, AZ 85607." The parcel consists of a brown bubble mailer envelope measuring approximately 8.5 inches by 12 inches and weighing 10 oz.

## Probable Cause

7. Based upon my training, personal experience, and the collective experiences relayed to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and the proceeds from sales of controlled substances, I am aware that the Southern Arizona international border is a leading area of the United States for the entry of controlled substances from Mexico. Based on the large quantities of controlled substances entering Southern Arizona, controlled substances are frequently transported from Southern Arizona via the United States Mail to metropolitan areas across the United States, primarily to the eastern United States and Puerto Rico. It is also common for the proceeds from the sale of the controlled

substances to be sent to Southern Arizona via the United States Mail. By using the U.S. Mail to ship controlled substances, drug traffickers place a significant risk on unknowing postal employees who handle and deliver those mailings.

8. Based on the frequent use of the United States Mail for the shipment of controlled substances from Southern Arizona, Postal Inspectors in Tucson routinely profile inbound and outbound mail articles for suspicious characteristics common to drug parcels and proceeds. While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

  a. Suspected proceeds parcels are mailed from known drug destination areas, primarily the large metropolitan areas in the eastern half of the United States, Alaska, and Puerto Rico.
  b. The sender names and addresses on drug proceeds parcels routinely contain fictitious names, misspellings, or incomplete, inaccurate, and/or unauthorized information.
  c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.
  d. The postage was paid with cash which leaves no trail identifying the sender.

9. Parcels found to meet all the suspicious characteristics described above are further investigated by Postal Inspectors.

10. Postal Inspectors routinely profile inbound and outbound mail articles for suspicious characteristics common to drug parcels and proceeds. On May 6, 2021, during drug proceeds interdiction activities in Tucson, Arizona, Postal Inspectors observed the Subject Parcel.

11. The Subject Parcel revealed the following characteristics of drug parcels:

a. The parcel was mailed from Michigan, which is an area I know based on training and experience to be a destination area for drug parcels and a source area for proceeds from the sale of those drugs.

b. No telephone numbers are listed on the mailing label from the sender or addressee. In my experience, legitimate mailers who use the USPS Priority Mail Express overnight service usually include telephone numbers in the spaces provided on the label because they paid a premium price for the service and want to be contacted to help facilitate a timely delivery should a problem arise. In my experience, Priority Mail Express parcels that I seized drugs and/or drug proceeds from bore either no telephone numbers or listed fictitious telephone numbers.

c. I reviewed records from a law enforcement database and USPS address records to check for records of the addressee name and address on the Subject Parcel. Records checks on the destination address revealed "Mr. Coronia" does not live at the address listed on the parcel.

d. The Subject Parcel bears a tracking number. In my experience nearly, all drug parcels and drug proceeds have tracking numbers allowing the sender to routinely check to follow the progress of the parcel to its destination.

e. The postage for the Subject Parcel was paid for in cash. Paying cash gives the mailer anonymity that paying with a check or a credit/debit card would not.

12. On May 6, 2021, at approximately 10:55 a.m., Postal Inspector William Akins met with Agent Paul DuBois of the United States Border Patrol and his narcotics canine partner Dell. Agent DuBois' canine is trained and certified to detect the odors of marijuana, heroin, cocaine, and methamphetamine.

4

Inspector Akins placed the Subject Parcel in a cleared area for examination by Agent DuBois and Dell. Agent DuBois informed Inspector Akins at 11:00 a.m. that Dell had positively alerted to the Subject Parcel, indicating the presence of narcotics or a controlled substance, or other evidence with an odor of narcotics or a controlled substance within the parcel.

13.     Based on the facts set forth in this affidavit, I believe there is probable cause to show that the Subject Parcel contains controlled substances or cash proceeds that have recently been in the immediate presence of a controlled substance, constituting evidence of violations of 21 U.S.C. § 841 (a)(1), Possession with Intent to Distribute a Controlled Substance, and § 843(b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

I respectfully request that a warrant be issued to search the subject parcel for evidence of the above violations. I swear, under penalty of perjury, the forgoing is true and correct. I respectfully request that a warrant be issued to search the subject parcel for evidence of the above violations.

*James McFeely*
James McFeely
United States Postal Inspector

Subscribed and sworn to telephonically on this 7th of May 2021.

D. Thomas Ferraro
United States Magistrate Judge

5